In the Matter of the Petition of JESSIE HEERMANCE PRIME, GEORGIANNA H. ADAMS, HELEN H. ROWE, and EDGAR THORNTON HEERMANCE, as Beneficiaries . Respectively for Life under Certain Trusts Created by SUSIE E. HEERMANCE, Deceased, by Trust Deed Dated March 1, 1909, for Appointment of a Substituted Trustee in Place and Stead of WESTCHESTER TRUST COMPANY. CENTRAL

NATIONAL BANK OF YONKERS, N. Y., as Substituted Trustee, and JESSIE HEER-MANCE PRIME, GEORGIANNA H. ADAMS, HELEN H. ROWE, and EDGAR THORNTON HEERMANCE, as Life Beneficiaries, Appellants, Respondents; WESTCHESTER TRUST COMPANY in Liquidation, as Successor Trustee, by ARTHUR J. McQUADE, as Special Deputy Superintendent of Banks, etc., Respondent, Appellant.— Cross-appeals from a decree in an action for an accounting. Decree modified by striking out the amount of the additional allowance and as thus modified unanimously affirmed, without costs. This was not a difficult or extraordinary case within the meaning of section 1513 of the Civil Practice Act. Matters of record not pre-sented upon the trial may be received and considered only on an appeal to sustain a judgment. They may not be considered to reverse a judgment. (Day v. Town of New Lots, 107 N. Y. 148.) Even though they were considered in this case, no different result would ensue. Proposed finding No. 24, inad-vertently found by the referee, is reversed as inconsistent with the decision. Con-clusion of law No. 10 is modified by striking out additional allowance of $500. Present — Lazansky, P. J., Carswell, Davis, Adel and Close, JJ.